UNITED STATES
v.
RICHARD SMYTH

1809

JOURNAL ENTRIES

1. Plea; issue; jurors; verdict; judgment   .   .   .   *Journal, infra,* \*p. 220
2. Witnesses attached for non-attendance, excused   .   .   .   "      221

PAPERS IN FILE

1. Subpoena for William Flanagan, Conrad Ten Eyck,
   Benjamin Chittenden and William Watson .   .   .   .   .   .   .

IN THE MATTER OF BENJAMIN CHITTENDEN AND WILLIAM
WATSON, ABSENT WITNESSES

1809

JOURNAL ENTRIES

1. Cause shown; excused .   .   .   .   .   .   .   .   *Journal, infra,* \*p. 221

PAPERS IN FILE

[None]